

# NUMBER 13-21-00307-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

LILLIAN E. SMITH,                                            **Appellant,**

**v.**

CRAIG HOPPER, AS PERMANENT
GUARDIAN OF THE ESTATE OF
MARGARET VIRGINIA LANDGREBE,               **Appellee.**

### On appeal from the County Court
### of Gonzales County, Texas.

## MEMORANDUM OPINION

### Before Justices Longoria, Hinojosa, and Silva
### Memorandum Opinion by Justice Hinojosa

This matter is before the Court on an agreed motion to voluntarily dismiss appeal and expedite issuance of mandate. The parties jointly requested the dismissal and expedited issuance of the mandate, as they have entered a settlement agreement resolving this dispute.

The Court, having considered the agreed motion, is of the opinion that the agreed motion should be granted. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(a)(1). Therefore, the agreed motion to dismiss and expedite issuance of mandate is granted, and the appeal is hereby dismissed.

In accordance with the joint motion and agreement of the parties, costs will be taxed against the party incurring the same. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(d). Because the appeal is dismissed at parties' request, no motion for rehearing shall be entertained. Finally, for good cause, and in accordance with the party's agreement to issue the mandate within ten days of the appeal being dismissed, the Clerk of the Court shall issue the mandate instanter. *See* Tᴇx. R. Aᴘᴘ. P. 18.1(c).

LETICIA HINOJOSA
Justice

Delivered and filed on the
11th day of March, 2022.